UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

ROCKY R. GERMAIN,

                Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

                Defendant.

No.   2:13-CV-240-WFN

JUDGMENT IN A
CIVIL CASE

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

DATED: July 22, 2014

                        SEAN F. McAVOY
                        Clerk of Court

                        By:  _s/Cheryl Cambensy_
                              Deputy Clerk

**1 | JUDGMENT IN A CIVIL CASE**